# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FRANKLIN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>RURAL/METRO OF SAN DIEGO, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No.: 18cv1149-LAB (NLS)<br><br>**ORDER EXTENDING TIME FOR CREDENCE RESOURCE MANAGEMENT, LLC TO ANSWER** |

For good cause shown, the joint motion to extend the time for Defendant Credence Resource Management, LLC ("CRM") to answer (Docket no. 3) is **GRANTED**. CRM shall answer or otherwise respond by **September 14, 2018**.

**IT IS SO ORDERED**.

Dated: August 20, 2018

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　United States District Judge