UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FRANKLIN,<br><br>        Plaintiff,<br><br>v.<br><br>RURAL/METRO OF SAN DIEGO, INC., et al.,<br><br>        Defendants. | Case No.: 18cv1149-LAB (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 10]** |

  The parties have reached a resolution and now jointly move to dismiss the case. The parties' joint motion to dismiss is **GRANTED**. Dkt. 10. Plaintiff Phillip Franklin's individual claims are **DISMISSED WITH PREJUDICE**. The class claims, other than those pertaining to Franklin himself, are **DISMISSED WITHOUT PREJUDICE**. Each side shall bear its own costs and fees. The clerk is directed to close the case.

  **IT IS SO ORDERED**.

Dated: December 14, 2018

                */s/ Larry A. Burns*
                **Hon. Larry Alan Burns**
                United States District Judge